SEND

FILED
CLERK US DISTRICT COURT

SEP 19 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| MARK LAURENCE DONALD EMERSON<br>Plaintiff(s),<br><br>v.<br><br>UNITED CHURCH OF RELIGIOUS SCIENCE, et al.<br>Defendant(s). | CASE NUMBER<br><br>CV 05-05591 SJO (JWJx)<br><br>NOTICE OF DEFICIENCY<br>DEFAULT/DEFAULT JUDGMENT |
|---|---|

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of Defendants Margaret R. Stortz and Kathryn Alice Tompkins a.k.a. Kathryn Alice for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the complaint
- ☒ Proof of Service is lacking required information   *As to Kathryn Alice Tompkins, the return of service indicates that substituted service was made, however, the document does not indicate who accepted service on behalf of Tompkins. Also, (Page 2, Line 4) of the Application for Entry of Default names her as "Kathryn Alice Tompkins, a.k.a. Kathryn Alice." The Complaint and Proof of Service thereof reflects defendant's name as Kathryn Alice Tompkins.*
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☒ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file   *The Court has granted Stortz' Motion filed 9/9/2005, Extending Time to File a Responsive Pleading*
- ☐ Request forwarded to assigned Judge for consideration
- ☐ Party dismissed from action on _____
- ☐ Case terminated on _____
- ☒ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered as to Tompkins.**

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

- ☐ No Entry of Default on file
- ☐ No declaration of as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55.3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered.**

DOCKETED ON CM
SEP 19 2005

CLERK OF COURT
By _____ G. Kami
Deputy Clerk

CV-52B (12/03)   NOTICE OF DEFICIENCY - DEFAULT/DEFAULT JUDGMENT