UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

ORIGINAL

| | |
|---|---|
| **CASE NO.:** CV 05-5591 SJO (JWJx) | **DATE:** October 12, 2005 |
| **TITLE:** Mark Laurence Donald Emerson v. United Church of Religious Science, et al. | |

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz
Courtroom Clerk

Not Present
Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**

Not Present

**COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present

========================================================================

**PROCEEDINGS:**

The parties are advised that **DEFENDANT'S MOTION TO STRIKE UNDER CAL. CODE CIV. PROC. SECTION 425.16, DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, JOINDER BY DEFENDANT KATHRYN ALICE IN DEFENDANT UNITED CHURCH OF RELIGIOUS SCIENCE'S MOTION TO STRIKE AND MOTIONS TO DISMISS**, scheduled for hearing on October 17, 2005, are taken under submission. Accordingly, the hearing date is vacated. Order will issue.

DOCKETED ON CM
OCT 12 2005
BY _____ 022